IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. __17- cv- 1243__

(To be supplied by the court)

2017 MAY 23  AM 10: 23

JEFFREY P. COLWELL
CLERK

__Gerald Hendrick__ ,
Plaintiff,

BY_____DEP. CLK

v.

__Natures Second Chance Hauling__ ,
Defendant.

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff __Gerald Hendrick__ is a citizen of __United States__ who presently resides at the following address:
__4329 Charleston Dr, Colorado Spg. Co, 80916__

2. Defendant __Natures Second Chance Hauling__ lives at or is located at the following address:
__2410 State St. Alton IL. 62002__

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
__Colorado Spg, CO     2255 Cygnet Heights,__

6. Jurisdiction also is asserted pursuant to the following statutory authority:

_____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7.  Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on __5-24-16__ (date) regarding the alleged discriminatory conduct by Defendant(s).

    DepaRTmenT of LAboR, NoRFolk, Va.

8.  Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on ____N/A____ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9.  Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _✓_ Race        _✓_ Color        ___ Religion

    ___ Sex        ___ National Origin

    ___ Other (please specify) __RetaliaTion, HaRASSmenT__

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ___ Failure to hire

    ___ Failure to promote

    _✓_ Demotion/discharge from employment

    _✓_ Other (please specify) __RetaliaTion FoR UiolaTion of Company Rules.__

(Rev. 07/06)                                2

# NOTICE OF UNEMPLOYMENT INSURANCE APPEAL HEARING

**Colorado Department of Labor and Employment**

Division of Unemployment Insurance, Appeals Section

P.O. Box 8988,  Denver, CO  80201-8988

303-318-9299 or  1-800-405-2338  Fax: 303-318-9248

Social Security:  xxx-xx-6342
Docket ID:        12419-2016
Appellant:        Claimant
Date of Appeal:   07/08/2016

**CLAIMANT**

GERALD KENDRICK
520 W 21ST ST STE G2
NORFOLK VA  23517

**EMPLOYER / INTERESTED PARTY**

NATURES SECOND CHANCE HAULING LI
2410 STATE ST
ALTON IL  62002

**HEARING OFFICER'S MAILING ADDRESS**

S FRENCH
212 WEST THIRD STREET
4TH FLOOR
PUEBLO CO  81003

**FAX NO:  303-318-9187**

**HEARING OFFICE LOCATION**

212 WEST THIRD STREET
4TH FLOOR-USE SIDE ENTRANCE
PUEBLO CO 81003

For security reasons, please be ready to provide picture or other ID if attending in person.

---

### HEARING INFORMATION FOR CLAIMANT AND EMPLOYER

A telephone hearing has been scheduled for **Tuesday, August 9, 2016 at  9:00AM Colorado time.**

To participate in this hearing, call the following number at the hearing date and time.

**303-318-9278 or 1-800-480-1206  Ext: 8.**

If the appealing party has not called by the scheduled time, the hearing will be dismissed. Do not call the above number for any other reason than to participate in the hearing at the scheduled time. If you have questions before or after the hearing or if you would like to request an in-person hearing, please call 303-318-9299 or 1-800-405-2338.

---

**This will be your last chance to present testimony and documents about this case.**  If you wish to submit documents or other evidence for the hearing, you must send copies to the hearing officer and to all other parties listed on this notice so that they are received before the hearing date. If you fail to do so, your information may not be considered. You may have to repay the benefits received if, as a result of this hearing, the previous award of benefits is reversed.

**You are responsible for reading and understanding the information on the back of this notice.**

The issue(s) involved and sections of law cited by the deputy were:

8-73-108 (5) (e) (IV) Disqualification Quit to move

---

The Colorado Employment Security Act and the Regulations Concerning Employment Security can be found at www.colorado.gov/cdle/UIAPPEALS

Mailed to all parties named hereon:
Date Mailed:  · July 26, 2016

AS-41 (R 12/15)                                                                                          1053173

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

NSC, Said I Quit my Job, And denied my Claim, Would not Re-Hire me.

Copy of my claim

(Rev. 07/06)                                          3

# HEARING OFFICER'S DECISION

**Colorado Department of Labor and Employment**
Division of Unemployment Insurance
U.I. Appeals Section, P.O. Box 8988
Denver, CO 80201-8988
303-318-9299 or 1-800-405-2338

Social Security: XXX-XX-6342
Docket Number: 12419-2016
BYB Date: 06/05/2016
Dep Decision: 07/01/2016
Date Of Appeal: 07/08/2016
Appellant: Claimant
Employer No: 839528007
Letter Series: 100110
Code: A

**DATE MAILED: August 16, 2016**

GERALD  KENDRICK
520 W 21ST ST STE G2
NORFOLK, VA 23517

NATURES SECOND CHANCE HAULING LLC
2410 STATE ST
ALTON, IL 62002

**STATEMENT OF THE CASE:** The claimant appeared by telephone. The employer appeared by telephone, represented by Kelly Downey, Human Resources Manager. The hearing officer held the hearing on August 9, 2016 in Pueblo, Colorado.

The hearing officer held the hearing because the claimant appealed the decision issued by a deputy of the Division of Unemployment Insurance. The deputy disqualified the claimant from entitlement to unemployment insurance benefits pursuant to Section 8-73-108 (5)(e)(IV) C.R.S.

The hearing officer must determine whether the claimant is entitled to unemployment insurance benefits, under Colorado law, based on the cause of the separation from employment. The hearing officer reverses the deputy's decision based on the findings and conclusion stated below.

**FINDINGS OF FACT:** The claimant worked from July 10, 2015 until January 24, 2016. He worked full-time and earned $20 per hour. Lorenzo Gonzalez supervised him. The claimant was a CDL Class A Driver.

The employer discharged the claimant by failing to follow the proper procedures to transfer the claimant's job to Virginia.

The claimant did not get along with his supervisor Mr. Gonzalez. Mr. Gonzalez let workers break the rules, including smoke inside of vehicles. Cigarette smoke made the claimant uncomfortable. The claimant reported it and Mr. Gonzalez told him that if the claimant kept bringing up the smoking issue, he would fire him. The employer was a national company that had workers all over the country. The claimant wanted to move back to the Virginia area where he had family. He told his supervisor that he was thinking of transferring. He contacted some higher ups in the company and learned there were openings in Virginia. He contacted the supervisor in Virginia, Eddie, who told him he had a job available for him in Virginia at $24 per hour that would start at the beginning of February 2016. The claimant told Eddie he would take the job. The claimant put in his notice in Colorado Springs, relying on the assertion from supervisor in the Virginia. Unbeknownst to the claimant, Mr.

*Notice of Appeal Rights Follows Decision*

GERALD   KENDRICK                    2       NATURES SECOND CHANCE HAULING LLC
                                                                    12419-2016

---

Gonzalez did not do anything on his end to facilitate the transfer. Mr. Gonzalez was upset that the claimant wanted to transfer because he was short a driver. On the claimant's last day, Mr. Gonzalez contacted him with a question about his timesheet. Mr. Gonzalez believed there was an error. The claimant denied there was an error, and had recorded his hours accurately. Mr. Gonzalez threatened to discharge the claimant for the claimant's retaliation regarding the smoking issue. This upset the claimant. He was frustrated with Mr. Gonzalez, texting him emoji of a picture of a screw and a pig. The claimant left and started driving to Virginia. Halfway there, the claimant learned the employer filled his spot and he had no job to transfer to. Mr. Gonzalez did not let him return to Colorado Springs.

Had the claimant believed the transfer would go through, he would have never stopped working in Colorado Springs because he needed the job and it was a good job.

**CONCLUSIONS OF LAW:**   Colorado law provides that a claimant is entitled to unemployment insurance benefits from this employer if that claimant separates from employment through no fault of their own.

Fault is not necessarily related to culpability, but only requires a volitional act or the exercise of some control or choice in the circumstances leading to the separation. *Richards v. Winter Park,* 919 P.2d 933 (Colo. App. 1996).

The hearing officer concludes the claimant is not at fault for the separation. The claimant took reasonable steps to ensure his transfer went through, and his transfer was sabotaged behind his back by Mr. Gonzalez. The hearing officer does not believe the emoji text affected the claimant's separation because at that point the claimant already reasonably believed his transfer to Virginia had gone through. It was reasonable for the claimant to rely on the word of Eddie in Virginia that he had a job waiting. He is not at fault for Mr. Gonzalez's actions that prevented his transfer. The claimant is not at fault for the separation and is entitled to benefits.

**DECISION:**   It is determined that the claimant is not at fault for the separation from this employment.   A full award of benefits is granted under Section 8-73-108 (4) C.R.S.

The hearing officer reverses the deputy's decision.

*Attention:  This decision is final unless you appeal it within 20 calendar days from the date this decision was mailed, as instructed below.*

S. FRENCH, Hearing Officer

SF/SKF-4

**IMPORTANT:**  This document(s) contains important information about your unemployment compensation rights, responsibilities and/or benefits. It is critical that you understand the information in this document. If needed, call (303) 318-9299; 1-800-405-2338 for assistance in the translation and understanding of the information in the document(s) you have received.

---

AS-25 (R-1/08)                    *Notice of Appeal Rights Follows Decision*

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

AFTER WINNING my Claim, I was Told, I was not Eligible For RE-HIRE, And REfuse To Give Reason. Even Though Areas in Va, Co. Are in need of Drivers.

(Rev. 07/06)                                            4

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Added negitace information to my Employee File.
To Prevent me from Finding Gainful Employment.

Requesting A copy of my Employee file.

Requesting That my Employee file Be cleaned.

(Rev 07/06)                                    5

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Back pay from date of Termination To current date of Complaint (until resolved). Colorado Spg. pay was $20 hr @ 70 hrs. wk. Norfolk Va Pay was To Be @ $24 hr. @ 70 hrs. wk. $1680 per. wk. x 52 wks. ($87,360 January 24,16 To January 24,17) Feb - To may 17 = $28,560 for a totale wage amount of $115,920 —.

Travel expences frm. Colorado Spg To Northfoul VA $1,500

Interfering with my ability To obtain gainful employment, Stating on my Employment Verification negative information.
Refuwing To Re-hire me in Va, co. or other locations where they advertised for Drivers.

My Employment File cleaned of negitave information

in closing I am Requesting $150,000 Relief, Back pay, Interfering w/ my ability To Find work.

Date:  05-23-17

_Gerald Kendrick_
(Plaintiff's Original Signature)

_4329 Charleston dr._
(Street Address)

_Colorado Springs Co. 80916_
(City, State, ZIP)

_720-568-0524_
(Telephone Number)